# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ZACHARY A. RUDOLPH AND
MELANIE C. BYRD RUDOLPH

NO.   2021 CW 0695

VERSUS

CHD PROPERTIES, LLC, CLAY D.
HARVIN, SR., DONNA B.
ADDISON, REAL ESTATE
RESOURCE GROUP, LLC,
CONTINENTAL CASUALTY
COMPANY, CVN ENTERPRISES,
LLC, INSURER ABC, AND
INSURER XYZ

**AUGUST 16, 2021**

---

In Re:    Clay D. Harvin, Sr., individually in his capacity as a
          Louisiana Licensed Real Estate Agent, applying for
          supervisory writs, 22nd Judicial District Court,
          Parish of St. Tammany, No. 2020-11835.

---

**BEFORE:    McDONALD, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**

                              JMM
                              WIL
                              EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT